UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                              Index No. 08-CV 00410

ST.PAUL TRAVELERS INSURANCE COMPANY, LTD.
                                                      , Plaintiff(s)
                              - against -

M/V MADAME BUTTERFLY, HER ENGINES, TACKLE, BOILERS, IN REM., ET AL
                                                      , Defendant(s)

State of New Jersey  )
                     ) SS.:
County of Union      )

                        AFFIDAVIT OF SERVICE

Salvatore A. Cossari being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New Jersey.  That on 01/28/2008 at 1:35 PM at:
         WALLENIUS WILHELMSEN LOGISTICS, INC.
         188 BROADWAY

         WOODCLIFF LAKE NJ 07677
Deponent served the:

SUMMONS IN CIVIL ACTION AND VERIFIED AMENDED COMPLAINT

on WALLENIUS WILHELMSEN LOGISTICS, INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to DAW CONANTON
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45  HEIGHT: 5'8''    WEIGHT: 175    HAIR: WHITE    RACE: WHITE    SEX: MALE

2/1/08

SWORN TO BEFORE ME

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

Salvatore A. Cossari      Lic. #

OUR DOC# 20470
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
217999