UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08-CV 00410

---

ST.PAUL TRAVELERS INSURANCE COMPANY, LTD.
, Plaintiff(s)

- against -

M/V MADAME BUTTERFLY, HER ENGINES, TACKLE, BOILERS, IN REM., ET AL
, Defendant(s)

---

State of New Jersey    )
                       )  SS.:
County of Union        )

### AFFIDAVIT OF SERVICE

Salvatore A. Cossari being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New Jersey.  That on 01/28/2008 at 12:40 PM at:
    WALLENIUS WILHELMSEN AMERICAS LLC
    1066 DOREMUS AVENUE
    BUILDING 326
    PORT NEWARK NJ 07114
Deponent served the:

SUMMONS IN CIVIL ACTION AND VERIFIED AMENDED COMPLAINT

on WALLENIUS WILHELMSEN AMERICAS LLC

a domestic and/or foreign corporation
by delivering thereat a true copy to JESSICA GIPITULAN
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35  HEIGHT: 5'6''    WEIGHT: 125    HAIR: WHITE    RACE: LT BROWN  SEX: FEMALE

2/1/08

SWORN TO BEFORE ME

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

Salvatore A. Cossari    Lic. #

OUR DOC# 20469
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
217999