UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ST. PAUL TRAVELERS INSURANCE COMPANY, LTD.,        08 Civ. 00410 (JGK)

                           Plaintiff,

                -against-                                               **RULE 7.1 STATEMENT**

M/V MADAME BUTTERFLY, her engines, tackle, machinery,
etc., *in rem*; WALLENIUS WILHEMSEN LOGISTICS AS;
WALLENIUS WILHEMSEN LOGISTICS, INC.;
WALLENIUS WILHEMSEN LOGISTICS AMERICAS LLC;
OST TRUCKS AND CRANES, INC.; PACIFIC RO RO
STEVEDORING, INC.; PACIFIC RO RO STEVEDORING,
LLC; and PARSIFAL SHIPPING LTD *in personam*,

                         Defendants,
-----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

      OST TRUCKS AND CRANES, INC., a California corporation has no parent corporations or affiliated entities which could derive a pecuniary benefit from outcome of within lawsuit.

Dated: Mineola, New York
       February 14, 2008

                                              BY: _____
                                                THADDEUS J. ROZANSKI (8338)