11747-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
ST. PAUL TRAVELERS INSURANCE COMPANY LTD., :
:
:
                                            Plaintiff, :
   v. :
:   **08 CIV 410 (JGK)**
:
M/V "*MADAME BUTTERFLY*," its engines, tackles, :
boilers, etc., *in rem*; :
WALLENIUS WILHELMSEN LOGISTICS A/S; :
WALLENIUS WILHELMSEN LOGISTICS, INC.; :   **RULE 7.1 NOTICE**
WALLENIUS WILHELMSEN LOGISTICS :
AMERICAS LLC; :
OST TRUCKS AND CRANES, INC.; :
PACIFIC RO RO STEVEDOING, INC.; :
PACIFIC RO RO STEVEDORING LLC; & :
PARSIFAL SHIPPING LTD., *in personam*, :
:
                                          Defendants. :
--------------------------------------------------------------- x

      Defendants, WALLENIUS WILHELMSEN LOGISTICS A/S; WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC; and PARSIFAL SHIPPING LTD., as owner of the M/V "*MADAME BUTTERFLY*," its engines, tackles, boilers, etc., (collectively "WWL"), by their attorneys, JUNGE & MELE, LLP, pursuant to the Fed. R. Civ. P. 7.1(a), hereby states that the following are corporate parents, subsidiaries or affiliates and/or subsidiaries of parties which are publicly held:

      Wilh. Wilhelmsen ASA (Oslo Stock Exchange symbol "WWI").

Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on February 15, 2008

>Respectfully submitted,
>
>JUNGE & MELE, LLP
>*Attorneys for Defendants*
>*Wallenius Wilhelmsen Logistics A/S*
>*Wallenius Wilhelmsen Logistics Americas LLC &*
>*Parsifal Shipping Ltd., as Owner of the*
>*M/V "Madame Butterfly"*
>
> /s/ Peter A. Junge

By: _____
Peter A. Junge (PJ-0745)
29 Broadway - 9th Floor
New York, NY 10006
(212) 269-0061