11747-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
ST. PAUL TRAVELERS INSURANCE COMPANY LTD.,

                            Plaintiff,

    v.

M/V "*MADAME BUTTERFLY*," its engines, tackles, boilers, etc., *in rem*;
WALLENIUS WILHELMSEN LOGISTICS A/S;
WALLENIUS WILHELMSEN LOGISTICS, INC.;
WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC;
OST TRUCKS AND CRANES, INC.;
PACIFIC RO RO STEVEDOING, INC.;
PACIFIC RO RO STEVEDORING LLC; &
PARSIFAL SHIPPING LTD., *in personam*,

                           Defendants.
------------------------------------------------------------------ x

**08 CIV 410 (JGK)**

**ANSWER TO CROSS-CLAIM OF PACIFIC RO RO STEVEDORING, LLC**

      Defendants, WALLENIUS WILHELMSEN LOGISTICS A/S; WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC; and PARSIFAL SHIPPING LTD., as owner of the M/V "*MADAME BUTTERFLY*," its engines, tackles, boilers, etc., (collectively "WWL"), by their attorneys, JUNGE & MELE, LLP, answering the Cross-Claim of co-Defendant, **PACIFIC RO RO STEVEDORING, LLC**, respectfully allege as follows:

      1.     WWL denies each and every allegations contained in the **"CROSS-CLAIM"** of co-Defendant, **PACIFIC RO RO STEVEDORING, LLC**.

**WHEREFORE,** WWL demands that the Cross-Claim of co-Defendant, **PACIFIC RO RO STEVEDORING, LLC.**, be dismissed with costs to WWL and against said co-Defendant, and that the Court grant such other, further and different relief as the justice of the cause may require.

Dated in the City of New York on March 6, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Defendants*
                *Wallenius Wilhelmsen Logistics A/S*
                *Wallenius Wilhelmsen Logistics Americas LLC &*
                *Parsifal Shipping Ltd., as Owner of the*
                *M/V "Madame Butterfly"*

                /s/ Peter A. Junge
By: _____
                Peter A. Junge (PJ-0745)
                29 Broadway - 9th Floor
                New York, NY 10006
                (212) 269-0061