**Bennett, Giuliano, McDonnell & Perrone, LLP**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:     (646) 328-0120**
**Facsimile:     (646) 328-0121**
**William R. Bennett, III  (WB 1383)**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ST. PAUL TRAVELERS INSURANCE COMPANY                08 CV 00410
LTD.,

                          Plaintiff,

        - against -

M/V MADEMA BUTTERFLY, her engines, tackle,
machinery, etc., *in rem*, WALLENIUS WILHELMSEN          **STIPULATION FOR**
LOGISTICS AS, WALLENIUS WILHELMSEN                       **SUBSTITUTION OF**
LOGISTICS, INC., WALLENIUS WILHELMSEN                    **COUNSEL**
LOGISTICS AMERICAS LLC, OST TRUCKS AND
CRANES, INC., PACIFIC RO RO STEVEDORING,
INC., PACIFIC RO RO STEVEDORING LC and
PARSIFAL SHIPPING LTD. *in personam*,

                          Defendants.
--------------------------------------------------------------X

        IT IS HEREBY STIPULATED that William R. Bennett, III of Bennett, Giuliano,

McDonnell & Perrone, LLP, shall be substituted as counsel of record for the plaintiff, St. Paul

Travelers Insurance Company, Ltd., in this action in place of David Y. Loh of Cozen O'Connor.

Dated: New York, New York
        March 27, 2008

Bennett, Giuliano, McDonnell & Perrone, LLP          Cozen O'Connor


_____                    _____
William R. Bennett, III                             David Y. Loh
494 Eighth Avenue, 7th Floor                        45 Broadway Atrium, 16th Floor

New York, New York 10001     New York, New York 10006-3792
Telephone: (646) 328-0120    Telephone: (212) 509-9400
Facsimile: (646) 328-0121    Facsimile: (212) 509-9492

cc: Peter A. Junge
  Junge & Mele, LLP
  Attorneys for Defendants
   Wallenius Wilhelmsen Logistics AS
   Wallenius Wilhelmsen Logistics, Inc.
   Wallenius Wilhelmsen Logistics Americas LLC
   Parsifal Shipping Ltd.
  29 Broadway, 9th Floor
  New York, New York 10006
  Telephone: (212) 509-9400
  Facsimile: (212) 509-9492
  Email:  dloh@cozen.com

  James William Carbin
  Duane Morris, LLP (NJ)
  Attorneys for Defendant
   Pacific Ro Ro Stevedoring LLC
   Pacific Ro Ro Stevedoring, Inc.
  744 Broad Street, Suite 1200
  Newark, NJ 07102-3889
  Telephone: (973) 424-2035
  Facsimile: (973) 424-2001
  Email:  jwcarbin@duanemorris.com

  Thaddeus John Rozanski
  Kral, Clerkin, Redmond, Ryan, Perry, & Girvan(LIs)
  Attorneys for Defendant
   OST Trucks and Trains Inc.
  69 East Jericho Tpke.
  Mineola, New York 11501
  Telephone: (516) 742-3470
  Facsimile: (516) 742-6243
  Email:  tjrozanski@kcrrpg.com

Z:\Documents\All Files\D803 MVMadameButterfly\Pleadings\StipSubCounsel-032708.doc