Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ST. PAUL TRAVELERS INSURANCE COMPANY       08 CV 00410
LTD.,

                      Plaintiff,

- against -

M/V MADEMA BUTTERFLY, her engines, tackle,
machinery, etc., *in rem*, WALLENIUS WILHELMSEN       **STIPULATION FOR**
LOGISTICS AS, WALLENIUS WILHELMSEN                    **SUBSTITUTION OF**
LOGISTICS, INC., WALLENIUS WILHELMSEN                 **COUNSEL**
LOGISTICS AMERICAS LLC, OST TRUCKS AND
CRANES, INC., PACIFIC RO RO STEVEDORING,
INC., PACIFIC RO RO STEVEDORING LC and
PARSIFAL SHIPPING LTD. *in personam*,

                      Defendants.
-----------------------------------------------------------X

      IT IS HEREBY STIPULATED that William R. Bennett, III of Bennett, Giuliano, McDonnell & Perrone, LLP, shall be substituted as counsel of record for the plaintiff, St. Paul Travelers Insurance Company, Ltd., in this action in place of David Y. Loh of Cozen O'Connor.

Dated: New York, New York
      March 27, 2008

Bennett, Giuliano, McDonnell & Perrone, LLP             Cozen O'Connor

_____             _____
William R. Bennett, III                                     David Y. Loh
494 Eighth Avenue, 7th Floor                       45 Broadway Atrium, 16th Floor

So ordered.

4/1/08
                                                                           U.S.D.J.