# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | **494 8th Avenue, 7th floor** | **Florida Office:** |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel. (973) 387-0486<br>Fax (973) 796-2884 | **New York, New York 10001**<br><br>**Telephone:** (646) 328-0120<br>**Telefax:** (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel. (561) 337-8816<br>Fax. (561) 337-4653 |

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com



May 22, 2008

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

*[Handwritten: The Conference is adjourned sine die. So ordered. 5/23/08  JGKoeltl U.S.D.J.]*

Re:   **St. Paul Travelers Insurance Company Ltd. v.**
       **M/V MADAME BUTTERFLY, et al.**
       **08-cv-00410**

Dear Judge Koeltl:

We represent the plaintiff in the referenced matter. We were notified on May 14, 2008 that the Court wanted to hold a conference on June 2, 2008 to set a discovery schedule. A conference was previously held, however, on March 31, 2008 at which time the attached Civil Scheduling Order was entered into. The parties are engaged in discovery efforts and no issues have arisen which would require a court conference. Accordingly, we respectfully request that the conference be adjourned.

Respectfully submitted,

William R. Bennett

Peter A. Junge
Junge & Mele, LLP
29 Broadway, 9th Floor
New York, NY 10006

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

James William Carbin
Duane Morris, LLP (NJ)
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Thaddeus John Rozanski
Kral, Clerkin, Redmond, Ryan,
  Perry, & Girvan LLP
69 East Jericho Tpke.
Mineola, NY 11501