**DUANE MORRIS** LLP
By:     Alissa M. Ryder (AR-7405)
744 Broad Street, Suite 1200
Newark, NJ 07102
(973) 424-2000
Attorneys for Defendant Pacific Ro Ro Stevedoring LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ST. PAUL TRAVELERS INSURANCE COMPANY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V MADAME BUTTERFLY, her engines, tackle, machinery, etc., *in rem*; WALLENIUS WILHELMSEN LOGISTICS AS; WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC; OST TRUCKS AND CRANES, INC.; PACIFIC RO RO STEVEDORING, INC.; PACIFIC RO RO STEVEDORING LLC and PARSIFAL SHIPPING LTD. *in personam*; <br><br> Defendant. | **CASE NO.: 08 CV 00410** <br><br> **NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE**   that the undersigned attorney is appearing on behalf of Defendant Pacific Ro Ro Stevedoring, LLC, improperly also sued herein as Pacific Ro Ro Stevendoring, Inc., ("Defendant" or "Pac Ro Ro") in the captioned action.

    **PLEASE TAKE FURTHER NOTICE THAT**  Duane Morris, LLP, counsel for Pac Ro Ro demands that service of all papers in this action be made upon it at the address set forth below:

>Alissa M. Ryder, Esquire
>Duane Morris, LLP
>744 Broad Street, Suite 1200
>Newark, New Jersey 07102
>Telephone: (973) 424-2000
>Facsimile:  (973) 424-2001
>E-mail: amryder@duanemorris.com

I certify that I am admitted to practice in this Court.

>DUANE MORRIS LLP
>A Delaware Limited Liability Partnership
>Attorneys for Defendant
>PACIFIC RO RO STEVEDORING LLC.
>
>
>By:    /s/ Alissa M. Ryder
>Alissa M. Ryder, Esq.
>744 Broad Street, Suite 1200
>Newark, New Jersey 07102
>Phone:  973.424.2000
>Facsimile:  973.424.2001

Dated:  June 12, 2008