```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ST PAUL TRAVELERS INS. CO.,

                Plaintiffs,

- against -

MADAME BUTTERLY, WALLENIUS LINES, ET AL,

                Defendants.

---

08 Civ. 410 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Fireman's Fund should file its Motion to Intervene by **June 27, 2008**. Responses are due **July 11, 2008**. Any reply is due **July 18, 2008**.

SO ORDERED.

Dated: New York, New York
       June 25, 2008

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                   United States District Judge