UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY      08 Civ. 00410 (JGK)
a/s/o OST TRUCKS & CRANES, INC.
                 Plaintiff,
               v.
M/V MADAME BUTTERFLY, her engines,
tackle, machinery, etc., *in rem*; WALLENIUS
WILHELMSEN LOGISTICS AS; WALLENIUS
WILHELMSEN LOGISTICS, INC.; WALLENIUS     NOTICE OF MOTION
WILHELMSEN LOGISTICS AMERICAS LLC;         TO INTERVENE
PACIFIC RO RO STEVEDORING, INC.; PACIFIC
RO RO STEVEDORING LLC and PARSIFAL
SHIPPING LTD. *in personam*;
                 Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Fireman's Fund Insurance Company ("FFIC"), by and through its undersigned attorneys, hereby move this Honorable Court to grant FFIC the right to Intervene as party plaintiff, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b)(2), for the reasons set forth in the accompanying Memorandum of Law.

Annexed hereto and designated Exhibit "A" is a copy of the proposed Complaint.

Dated: New York, New York
        June 27, 2008

                                            COZEN O'CONNOR
                                            Attorneys for Plaintiff
                                            FIREMAN'S FUND INSURANCE
                                            COMPANY a/s/o OST TRUCKS & CRANES,
                                            INC.

                                            _____
                                            James F. Campise (3631)
                                            45 Broadway Atrium, 16th Floor
                                            New York, New York 10006-3792
                                            Tel.:   (212) 509-9400
                                            Fax:   (212) 509-9492
                                            (Our File No.: 198603)