## CERTIFICATE OF SERVICE

      I, James Campise, Esquire, hereby certify that on June 30, 2008, true copies of Plaintiff's Notice of Motion to Intervene and Memorandum of Law In Support of Fireman's Fund Insurance Company's Motion to Intervene, were served upon the following via electronic filing:

William R. Bennett, Esq.  
Bennett, Giuliano, McDonnell & Perrone, LLP  
494 Eighth Avenue – 7th Floor  
New York, New York 10001  

Thaddeus J. Rozanski  
Kral, Clerkin, Redmond, Ryan, Perry & Girvan  
69 East Jericho Turnpike  
Mineola, New York 11501  

Peter A. Junge  
Junge & Mele, LLP  
29 Broadway – 9th Floor  
New York, New York 10006-3101  

James W. Carbin  
Duane Moris, LLP  
744 Broad Street  
Suite 200  
Newark, New Jersey 07102  

_____  
James Campise (3631)

NEWYORK_DOWNTOWN\384561\1 198603.000