


A PROFESSIONAL CORPORATION

16TH FLOOR    45 BROADWAY    NEW YORK, NY 10006-3792    212.509.9400    800.437.7040    212.509.9492 FAX    www.cozen.com

**James F. Campise**
Direct Phone   212.908.1203
Direct Fax     866.790.1915
jcampise@cozen.com

August 14, 2008

United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York  10007

Attention: Honorable John G. Koeltl

Re:  St. Paul Travelers Insurance Company v. M/V Madame Butterfly,
     Wallenius Lines, et al.
     Docket No.: 08Civ00410(JGK) and 08Civ7234

Dear Judge Koeltl:

On or about June 30, 2008, my client, Fireman's Fund Insurance Company a/s/o OST Trucks & Cranes, Inc., moved to intervene in the subject proceeding. A motion schedule set by the court has past with no opposition to this application.

Accordingly, the complaint (courtesy copy attached) was filed today and we request that the court enter an order for the clerk to consolidate both cases.

By copy to defense counsel, we have included waivers of service and request that they acknowledge service to expedite the progress of this case.

We thank the court for its time.

Respectfully submitted,

COZEN O'CONNOR

By: James F. Campise

JFC:kjl
enclosure

---

*Handwritten note from Judge:*

The motion to Intervene (Docket No. 24) is granted as unopposed. Fireman's Fund may file the complaint. So ordered.

[signature] USDJ
8/18/08

August 14, 2008
Page 2

cc:   Clerk of Court

     William R. Bennett, Esq.
     Bennett, Giuliano, McDonnell
     & Perrone, LLP

     Peter A. Junge
     Junge & Mele, LLP

     Thaddeus J. Rozanski
     Kral, Clerkin, Redmond, Ryan,
     Perry & Girvan

     James W. Carbin
     Duane Morris, LLP

NEWYORK_DOWNTOWN\397172\1  198603.000