USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST. PAUL TRAVELERS INSURANCE
COMPANY LTD.,

            Plaintiff,

- against -

M/V MADAME BUTTERFLY, et al.,

           Defendants.

ORDER

08 Civ. 410 (JGK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Upon request from the Parties, the following discovery schedule shall take effect. The extension encompassed herein provides for the completion of previously noticed depositions and the prior discovery dispute, which was the subject matter of the March 24, 2009 Order.

**IT IS HEREBY ORDERED** that the Parties comply with the following revised scheduling order dates:

1) Fact discovery to be completed by **April 27, 2009**;

2) Expert reports to be simultaneously exchanged by **May 25, 2009**;

3) Expert depositions to be completed by **June 15, 2009**;

4) Dispositive motions, if any, due by **July 31, 2009**;

5) Joint Pretrial Order due by **September 15, 2009**;

6) Ready Trial Date, 48 hour notice, **October 1, 2009**.

**SO ORDERED this 15th day of April 2009**
**New York, New York**

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge