```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST. PAUL TRAVELERS INSURANCE
COMPANY LTD.,

                Plaintiff,

- against -

M/V MADAME BUTTERFLY, et al.,

                Defendants.

MEMORANDUM
OPINION AND ORDER

08 Civ. 410 (JGK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following submissions by the Parties and a telephonic conference with the Court on June 15, 2009,

The Court finds that Defendant OST Trucks & Cranes ("OST") has failed to demonstrate reasonable diligence for the failure to produce its Supplemental Production in advance of the depositions of its witnesses. Moreover, as expert reports have now been exchanged, it would be prejudicial and inefficient to allow additional fact discovery.

**IT IS THEREFORE ORDERED** that OST **SHALL BE PRECLUDED** from relying on any documents contained in its Supplemental Production.

**SO ORDERED this 16th day of June 2009**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge